EXHIBIT B

# EASTLAKE POLICE

**Incident / Offense Report**

**Incident Number: 24-00671**

| Offense | Method Received | Time Received | Time Dispatched | Time Arrived | Time Cleared |
|---|---|---|---|---|---|
| | I | 04/26/2024 10:48:56 | 04/26/2024 10:56:20 | 04/26/2024 10:59:10 | 04/26/2024 12:37:45 |

| Report Date / Time | | Incident Occurred From | | Incident Occurred | |
|---|---|---|---|---|---|
| Date | Time | Date | Time | Date | Time |
| Friday 04/26/2024 | 12:37:45 | | | Friday 04/26/2024 | 10:48:56 |

Location of the Incident (Street #, Street, Apt. #, City, State, Zip): **35350 CURTIS BL EASTLAKE OH 44095 SMARTLAND**

Zone: **001**

Persons Involved:
- STEPHANIE LYNN MILOSIC - VIC
- PAUL JASON FULLER - WIT

Property:
Amount:
Type: **HARASSING**

Units / Officers:
- 1st: 0859  BRANDON M HOZIAN

**OFFENSES**

| Codes | Descriptions | |
|---|---|---|
| 5309 | HARASSING COMMUNICATION | 2917.21 |

Weapons Used: **NONE**

Trade Marks:

Hate Bias:

Entry:

Location Type: **Other Business Office**

Refer to Arrest:  Incident #:  Tow#:  Dispatcher: **MHP**  Officer in Charge: **0082**  Entry Id: **AER**

Case Status: **RECORD ONLY**  Cleared Date: **04/26/2024**  Cleared By: **0100**

**Narrative:** 24-00671  Page: 1

PAUL FULLER AND STEPHANIE LYNN MILOSIC ON POST TO SPEAK WITH AN OFFICER REGARDING BEING SEXUALLY HARASSED AT HER FORMER PLACE OF EMPLOYMENT, SMARTLAND LLC. DUE TO THE CONDUCT NOT RISING TO THE LEVEL OF CRIMINAL CONDUCT, THE REPORT WILL BE FOR DOCUMENTATION ONLY. MILOSIC ADVISED SHE HAS FILED A REPORT WITH THE EEOC (EQUAL EMPLOYMENT OPPORTUNITY COMMISSION).

Reviewing Supervisor:  Bureau Supervisor:  Officer: **PTL BRANDON M HOZIAN**

# EASTLAKE POLICE

Page # 2 — Persons Involved with Incident

**Incident Number:** 24-00671

| Incident #: | Relation: | Arrest #: | CAD #: | | Date of Contact: | Phone: |
|---|---|---|---|---|---|---|
| 2400671 | VIC | | 2407223 | | 04/26/2024 | |

| First Name: | Middle | Last Name: | Til: | DOB: | SSN: | Pager: |
|---|---|---|---|---|---|---|
| STEPHANIE | LYNN | MILOSIC | | 12/09/1986 | | |

| Street #: | Street Name: | Apt: | City: | St: | Zip: | Cell Phone: | Employer Phone: |
|---|---|---|---|---|---|---|---|
| 31600 | LAKE SHORE BLVD | 45 | WILLOWICK | OH | 44095 | | |

| Hgt: | Wgt: | Hair: | Eyes: | Race: | Sex: | Physical Marks: |
|---|---|---|---|---|---|---|
| 502 | 120 | BLK | BRO | W | F | |

**Offenses:** 5309 HARASSING COMMUNICATION

**Resident Class:** Other
**Suspected of using:** /  /
**Victim Type:** Individual

---

| Incident #: | Relation: | Arrest #: | CAD #: | | Date of Contact: | Phone: |
|---|---|---|---|---|---|---|
| 2400671 | WIT | | 2407223 | | 04/26/2024 | |

| First Name: | Middle | Last Name: | Til: | DOB: | SSN: | Pager: |
|---|---|---|---|---|---|---|
| PAUL | JASON | FULLER | | 11/08/1979 | | |

| Street #: | Street Name: | Apt: | City: | St: | Zip: | Cell Phone: | Employer Phone: |
|---|---|---|---|---|---|---|---|
| 1339 | W MINER RD | | MAYFIELD HTS | OH | 44124 | | |

| Hgt: | Wgt: | Hair: | Eyes: | Race: | Sex: | Physical Marks: |
|---|---|---|---|---|---|---|
| 600 | 185 | BRO | BLU | W | M | |

**Offenses:** 5309 HARASSING COMMUNICATION

**Resident Class:** Other
**Suspected of using:** /  /
**Victim Type:**

---

Reviewing Supervisor: _____
Bureau Supervisor: _____
Officer: PTL BRANDON M HOZIAN

# EASTLAKE POLICE

**Investigative Report**  Title / Subject: NARRATIVE

**Incident Number**
**24-00671**

On 4/26/2024 at approximately 10:48, Stephanie Milosic and Paul Fuller arrived at EPD to report Stephanie being sexually harassed by employees at her prior place of employment. It is her prior place of employment due to her termination on 4/16/2024.

I, Ptl. Hozian #100, was dispatched to the EPD lobby to speak with them. I brought Stephanie and Paul into interview room #1 to speak with them further about the situation.

Stephanie provided a written statement and advised the following verbally and in her statement. Her statement is attached to this report.

From February 2024 until her wrongful termination in April 2024, at her previous place of employment, Stephanie was sexually harassed by male employees and management. Stephanie was considered HR/front desk and there was what could be described as a "revolving door" of male employees waiting their turn to come up and have conversations with her. Some were appropriate while others were absolutely inappropriate and berating. Management and ownership were fully aware of the situation and did nothing. The only "recourse" was them moving one of the employee's and the main culprit's offices two doors further from her desk, but told him that he was getting a bigger office and a promotion.

Since she was the HR rep, there was no one else to report these daily occurrences to comfortably without the fear of losing her job. Even after they moved his desk, he would still repeatedly make sexual advances at her. Some of the things that he would say include: "Do you know how many places in this building we could fuck without anyone knowing", "You should wear that color more often you look hot", "My girlfriend told me I can do whatever I want (cheat) as long as I don't get caught", and "It makes me jealous when you talk to other guys." He would make comments about her appearance daily. Stephanie cannot recall any specific dates/times of when any of these events occurred.

Stephanie is a single mother and tired to power through each day to be able to have money to raise her son. She left work almost every day crying from the harassment and being completely disrespected by the employees and ownership at her previous place of employment. When she was terminated on April 16th, she was brought into an office by two female employees. One employee said, "We can all see you are unhappy here so it's best we part ways." In response Stephanie said, "I was unhappy because I was consistently attacked by the guys as well as the owner." The meeting ended and Stephanie grabbed her things and left.

She is not the only person that this has happened to at her previous place of employment. Stephanie has text messages from another coworker about a supervisor being inappropriate with her as well as a voice recording from a coworker discussing how multiple males would consistently harass her. There was also a former employee who she was told was harassed on a daily basis.

As painful and traumatic as this is to relive, Stephanie will not allow it to continue to ruin her life or other female's. She was just prescribed not only anxiety and depression medication but also medication for nightmares from former PTSD. She is going to continue to attend therapy and her trauma treatment to fight through what she has experienced the last few months. Stephanie will be reporting the company to the EEOC (Equal Employment Opportunity Commission).

Stephanie sent an email to the management of the company on April 24th advising them that she has filed a

By: PTL BRANDON M HOZIAN    Badge# 0100    Date: 04/26/2024  Time: 00:00:00  No. 001  Page #: 3
Reviewing Supervisor:_____    Date: _____

# EASTLAKE POLICE

**Investigative Report**  Title / Subject: NARRATIVE

**Incident Number**
**24-00671**

report with the EEOC and that she needs all of the contact information for the employees that are involved in this situation. Stephanie advised me that as of 4/26/2024 she has not received an email back with the information. Other than the email that Stephanie sent, she has not made an official report with the company regarding these incidents from above. There has not been any official documentation of any events above other than the email.

I asked Stephanie if any one has ever sexually harassed her physically and she said that it was only verbal.

Along with the statement, Stephanie provided a picture of the email sent and three screenshots of text messages with another coworker. In the text messages, Stephanie and her coworker are talking about sexual misconduct within the work place at her previous place of employment. Stephanie also provided a recorded phone call between Paul and another employee. The pictures are added to the report and the "J" drive, and the recording is added to the "J" drive.

Stephanie was provided with the Victim's Rights packet and signed the Victim Rights Request form. A copy of the form is attached to this report.

Paul, Stephanie's coworker, filled out a written statement and it is attached to this report. He advised the following in his statement.

Throughout Stephanie Milosic's tenure at her previous place of employment, I witnessed her constantly being harassed by male employees. One of the males was sexually harassing her on a daily basis from when she took off her engagement ring in February 2024 until her wrongful termination in April 2024 where she was let go for "being unhappy". They initially moved one of the male's office two doors down from the front desk because ownership and management saw him constantly at the front desk "talking" with her. They saw it as a distraction for both Stephanie and the male to be engaged in constant conversation all day long.

The other male employees would seemingly wait their turn to run over and start a new conversation with her. While they were definitely creepy and awkward in attempts to flirt with her, they did not make any sexual comments like one of the males did. I work for the company that previously employed Stephanie and when Stephanie let me know what was going on, I started sitting up at the front desk with her so nobody could harass her. They would see me and turn around, but I couldn't be there all the time. I did however hear one of the males say I'm jealous now that Paul is up there, now I can't talk to you.

I consulted Det. Fawcett regarding this case and she contacted Stephanie to clarify if she was looking to pursue charges. Stephanie advised that she was looking to pursue charges. Det. Fawcett advised her that she is going to be contacting our prosecutor to see if criminal activity is present.

Det. Fawcett contacted the prosecutor, Jackie O'Donnell, who advised that due to no physical contact or verbal threats made there is no criminal activity. Stephanie was advised of this, and told that the report will be for documentation.

Stephanie and Paul's written statements state specific employee's names that will be left out of this narrative due to no criminal activity being found. This report will be for documentation purposes only.

By: PTL BRANDON M HOZIAN    Badge# 0100    Date: 04/26/2024  Time: 00:00:00  No. 001  Page #: 4
Reviewing Supervisor: _____    Date: _____

| EASTLAKE POLICE | | Incident Number |
|---|---|---|
| Investigative Report | Title / Subject: NARRATIVE | 24-00671 |

Picture 56272 in Digital Media was added to this report by mistake, and is not relevant to this incident.

Status: Closed
Action Required: Nothing further

By: PTL BRANDON M HOZIAN  Badge# 0100  Date: 04/26/2024  Time: 00:00:00  No. 001  Page #: 5
Reviewing Supervisor: _____  Date: _____